UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:13-00110 |
| ) | JUDGE CAMPBELL |
| JESUS ARAGON ) | |

## ORDER

The Court held a hearing in this case on March 17, 2014. At the hearing, the Defendant requested a continuance of his sentencing date. The Court granted the request.

The sentencing hearing in this case is rescheduled for May 21, 2014, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE