UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00110 |
| | ) | JUDGE CAMPBELL |
| JESUS ARAGON | ) | |

ORDER

The sentencing hearing in this case, currently set for May 21, 2014, is CONTINUED until June 25, 2014, at 1:00 p.m.

It is so ORDERED.

                                                    TODD J. CAMPBELL
                                                  UNITED STATES DISTRICT JUDGE